IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR128 (S.D. Iowa) |
| Plaintiff, | ) | 8:05MJ87 (D. Nebr.) |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSE BARAJAS ZULUAGA, | ) | |
| | ) | |
| Defendant. | ) | |

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A.

**IT IS ORDERED:**

Brian S. Munnelly is appointed to represent the above named defendant in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that counsel is admitted to practice before this court for the limited purpose of these proceedings.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Brian S. Munnelly.

DATED this 2nd day of June, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge